IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL WESTON,

    Petitioner,

v.

GARY HAMBLIN,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-481-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that the petition of Michael Weston for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed without prejudice for his failure to exhaust his state court remedies.

_____    _____9/2/11_____
Peter Oppeneer, Clerk of Court                          Date